# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

JOHN DUVALL,                          )
                                      )
        Petitioner,        )
                                      )
    v.                             )      No. 4:07CV1232 ERW
                                      )
LARRY CRAWFORD,                       )
                                      )
        Respondent.        )

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion for leave to attach exhibits and motion for extension of time. The motion for leave to attach exhibits will be denied without prejudice; the motion for extension of time will be granted.

Petitioner seeks leave to attach as exhibits to the petition three deposition transcripts and affidavits from each "witness." Petitioner claims that these documents are "highly relevant" to the petition. The motion will be denied because, thus far in this action, petitioner has demonstrated a proclivity for needlessly complicating the petition, as is demonstrated by the fact that the original petition is 469 pages long and includes thousands of pages of exhibits.

The motion for extension of time will be granted with a caveat. Plaintiff claims that he is hindered in preparing the amended petition because he does not have access to current Eighth Circuit case law. It is not necessary for petitioner to cite to *any* case

law in the petition. Rule 2(c) of the Rules Governing § 2254 Cases only requires that petitioner state all grounds for relief available to him and that he set forth the facts supporting each ground. Petitioner is instructed to draft his petition in accordance with the requirements of Rule 2 of the Rules Governing § 2254 Cases. Petitioner shall file his amended petition no later than October 15, 2007.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to attach exhibits [#8] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that petitioner's motion for extension of time [#9] is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner shall file his amended petition no later than **October 15, 2007**.

Dated this 16th Day of August, 2007.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE