UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DUVALL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:07CV01232 ERW |
| ) | |
| LARRY CRAWFORD, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion for Court-ordered disclosure. The Court has not yet reviewed the petition under Rule 4 of the Rules Governing § 2254 Proceedings or ordered the respondent to file an answer. Consequently, the motion will be denied because it is premature.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for Court-ordered disclosure is **DENIED** without prejudice.

So Ordered this 19th Day of November, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE