UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN C. DUVALL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:07CV01232 ERW |
| | ) |
| LARRY CRAWFORD and | ) |
| DAVE PARKER, | ) |
| | ) |
| Respondents. | ) |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

So Ordered this 16th Day of September, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE