UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN C. DUVALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:07CV1232 ERW |
| | ) | |
| LARRY CRAWFORD and | ) | |
| DAVE PARKER, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis on appeal is **GRANTED**.

Dated this 27th Day of October, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE